IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 22-00177-JP-1 |
| : | |
| DAVID RODA : | |

**ENTRY OF APPEARANCE**

*TO THE CLERK OF THE COURT:*

Kindly enter the appearance of the undersigned Lawrence F. Stengel, Esquire, of Saxton & Stump, LLC, on behalf of Defendant David Roda in the above-captioned matter.

The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action.

Notice by copy hereof is given to all counsel of record.

Respectfully submitted:

**SAXTON & STUMP, LLC**

Dated: June 16, 2022        By:  */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, ESQ.
PA Attorney I.D. No. 32809
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1080
(717) 441-3810 Facsimile
lfs@saxtonstump.com

*Counsel for Defendant David Roda*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 16th day of June, 2022, via the Court's Electronic Case Filing (ECF) System, upon all counsel of record.

**SAXTON & STUMP, LLC**

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, ESQ.
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
(717) 556-1080
(717) 441-3810 Facsimile
lfs@saxtonstump.com

*Counsel for Defendant David Roda*